# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

KATHY ROBINSON,

        Plaintiff,

VS.

MICHAEL J. ASTRUE,

        Defendant.

NO. 5:09-CV-311 (CHW)

SOCIAL SECURITY APPEAL

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the government's request (Doc. 15), with Plaintiff's consent, to remand this action for further development of the record by an administrative law judge (ALJ), the Defendant's request is **GRANTED** and this case is hereby **REMANDED**.

On remand, the ALJ will obtain medical expert testimony to clarify the nature and severity of Plaintiff's impairments. The ALJ will also reconsider Plaintiff's residual functional capacity and will provide appropriate rationale with specific reference to the evidence of record in support of the assessed limitations. Furthermore, the ALJ will obtain supplemental testimony from a vocational expert (VE) to determine whether Plaintiff can return to past relevant work, and if not, the VE will determine what jobs are available to Plaintiff in significant numbers in the national economy - based on her specific capacity/limitations that are documented/supported by the evidence of record and vocational profile.

Therefore, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a **REMAND** of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292, 296, 113 S. Ct. 2625, 2629 (1993); Melkonyan v. Sullivan, 501 U.S. 89, 97-98, 111 S. Ct. 2157, 2163 (1991).

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 24th day of February, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge